UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOSEPH TOREY BROWN** | : | **CIVIL ACTION NO. 21-CV-4364** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **WALMART INC., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 16] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Remand [doc. 7] be DENIED.

**THUS DONE AND SIGNED** in Chambers this 2nd day of June, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**